UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STEVEN L. RUTHERFORD

VERSUS

EQUAFAX

TRANSUNION

EXPERIAN

10-1988
SECT. N MAG 2

## Jurisdiction

Federal Fair Credit and Reporting Act violations, under the Fifth Amendment to depriving of just compensation, and under the Ninth Amendment to the Constitution by being singled out for persecution.

## Parties

Plaintiff:    Steven L Rutherford

Defendants:   Equafax
              Transunion
              Experian

\_\_Fee _____
\_\_Process \_\_\_\_
X\_Dktd \_\_\_\_\_
\_\_CtRmDep\_\_\_
\_\_Doc. No.\_\_\_

## Complaint

Violated Fair Credit Act on several occasions, dropped credit score without cause, placed outdated debt on credit report, and caused refusal of credit on several occasions. See attached evidence.

## Relief

Plaintiff request 100 million dollars from each of the three defendants (Equifax, Transunion, and Experian); plus due to co-conspiracy of all be prosecuted under the Rico Act and Hate Crime Acts due to disability status of plaintiff's case. Plus courts secure pay for plaintiff, Steven L Rutherford, to ensure just compensation for said act by defendants.

Respectfully Submitted:

7-15-2010

*[signature]*

Steven L Rutherford
483 Smart Lane
Amite, Louisiana 70422
(985) 474-4216