U. S. DISTRICT COURT
Eastern District of Louisiana

FILED  OCT 29 2010

LORETTA G. WHYTE
Clerk

United States District Courts

Eastern District of Louisiana

Steven L Rutherford                                    Civil Action

    Versus                                            No. 10-1988  N(2)

Equifax, ET AL

Jurisdiction

Article three of the Constitution, The United States Constitution and Federal laws.

Parties

Steven L Rutherford, Plaintiff

Equifax, Defendant

TransUnion, Defendant

Experian, Defendant

Complaint

Violated Fair Credit and Reporting Act by dropping credit score going from February 2009

Without justification from 596 to 459 and in said time no derogatory reports filed.

October 2008, dropped credit score from 508 to 483 with no derogatory reports filed.

September 2008, dropped credit score from 547 to 508 with no derogatory reports file.

July 2008, dropped credit score from 572 to 547 with no derogatory reports filed

March and April credit score increased to 572 with no derogatory reports filed.

January 5, 2008 increase in credit score to 445 from 413, January 13, 2008 increase

In credit score to 470 from 445. January 11, 2008 filed outdated information on credit

___ Fee_____
___ Process_____
X   Dktd_____
X   CtRmDep_____
    Doc. No._____

Report that was opened February of 2001 and placed on credit in January of 2008.

December 2007 increase in credit score to 413 from 364.

October 2007 place derogatory info on credit from LVNV.

November of 2007 increase in credit score to 364 from 317 and had no cause to drop

To 371 in first place.

November 14 of 2007 placed derogatory info on credit report of Capital one and LVNV

November 9 of 2007 again placed derogatory info on credit report from same, Capital one

And LVNV

August of 2007 again place derogatory info on credit report from same places.

July of 2007 credit score was 525 as reported by credit Keeper that was obtained to monitor

Credit.

In the year of 2010 through false credit reporting plaintiff was denied credit 10 times

 For reasons states by US Bank for Visa Card,

Serious Delinquency Accounts and Public record or collection filed, Proportion of

Revolving balances to revolving credit limits to high, Frequent delinquency,

That was based on info from TransUnion On July 5, 2010

March of 2010 the same reporting from Equifax to deny credit.

In the year 2009 plaintiff was denied credit 5 times for reason that the credit reporters

Would not specify to plaintiff.

In the aspect of fare credit and reporting plaintiff has more than just allegations but

Documented proof of all acts stated in this amended complaint.

10-28-2010

Steven L Rutherford

483 Smart Lane

Amite Louisiana 70422

985 474-4216

United States District Courts

Eastern District of Louisiana

Steven L Rutherford                                        Civil Action

    Versus                                                 No. 10-1988

Equifax, ET AL                                             Sec. N

                                                                                                                         Mag. 2

I, Steven L Rutherford, certify that parties in civil action No. 10-1988, Equifax, ET AL

Were served on _____ 2010 by United State Mail.

Equifax Corp. PO Box 740241, Atlanta Ga, 30374

Experian, PO Box 2002, Allen TX, 75013

TransUnion Corp. PO Box 1000, Chester PA, 19022

Glenn P. Orgeron, 909 Poydras St. Suite 1400, New Orleans LA, 70112

_____                                               _____

                                                                                    Steven L Rutherford

                                                                                      483 Smart Lane

                                                                                      Amite Louisiana, 70422

                                                                                      985 474-4216

