U. S. DISTRICT COURT
Eastern District of Louisiana

United States District Courts

Eastern District of Louisiana

FILED NOV 29 2010

LORETTA G. WHYTE
Clerk

Steven L Rutherford

Versus

Equifax ET AL

Civil Action

No. 10-1988

Sec. N

Mag. 2

## Motion of Settlement

Now into Court Comes, Steven L Rutherford, Plaintiff, requesting courts grant

This motion of settlement to allow defendants Equifax, TransUnion, and Experian

The opportunity to remove action from courts so that said entities of credit reporting

Will remain as creditable entities of credit reporting for the good of economy and

Financial stability for all people to enjoy. Plaintiff request 10 Million dollars from

Each of the three defendants in said case. Plaintiff pray the courts grant said motion

For the People and for Plaintiff.

11-26-2010

Respectfully Submitted

Steven L Rutherford

483 Smart Lane, Amite Louisiana

70422, (985) 474-4216

TENDERED FOR FILING

NOV 29 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
_X_ Dktd ___
_X_ CtRmDep ___
___ Doc. No. ___

Order

Judgment read, rendered and signed this day of _____ 2010 without prejudice.

_____
Judge

United States District Courts

Eastern District of Louisiana

Steven L Rutherford                                       Civil Action

   Versus                                                  No. 10-1988

Equifax, ET AL                                             Sec. N

                                                           Mag. 2

I, Steven L Rutherford, certify that parties in civil action No. 10-1988, Equifax, ET AL

Were served on _____ 2010 by United State Mail.

James Trinchard, 858 Camp St, New Orleans LA, 70130

Glenn P. Orgeron, 909 Poydras St. Suite 1400, New Orleans LA, 70112

Avione Brown Pichon, 201 St. Charles Ave, New Orleans Louisiana 70170

11-26-2010

Steven L Rutherford

483 Smart Lane

Amite Louisiana, 70422

985 474-4216

Steven L Rutherford
483 Smart Lane
Amite LA 70422



Clerk of Courts
Rm C-151
500 Poydras St
New Orleans LA
    70130