UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN L. RUTHERFORD | CIVIL ACTION |
| VERSUS | NO. 10-1988 |
| EQUAFAX ET AL. | SECTION "N" (2) |

## ORDER ON MOTIONS

APPEARANCES: None (on the briefs)

MOTIONS: (1) Plaintiff's "Motion of Leave to Reconsider," Record Doc. No. 7
(2) Plaintiff's "Motion of Discovery," Record Doc. No. 40

O R D E R E D:

 (1), (2) : DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. This same issue, denial of plaintiff's application to proceed in forma pauperis in the captioned case, appears to be the subject of plaintiff's case, C.A. No. 10-2801 "B"(5), which is pending on appeal at the Fifth Circuit. Fifth Circuit Case No. 10-30951. As a general rule, a district court is divested of jurisdiction upon the filing of the notice of appeal with respect to any matters involved in the appeal. Creations Unltd., Inc. v. McCain, 112 F.3d 814, 816-17 (5th Cir. 1997); Sierra Club v. Cedar Point Oil Co., 73 F.3d 546, 578 (5th Cir. 1996). Accordingly, this court has been divested of jurisdiction concerning this matter, and the motions are dismissed without prejudice. Plaintiff is free to refile both motions after the related appeal is concluded.

New Orleans, Louisiana, this   22nd   day of December, 2010.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE