UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN L. RUTHERFORD,  ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-1988 |
| ) | |
| EQUIFAX, TRANS UNION and ) | |
| EXPERIAN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Considering the forgoing *Defendants' Joint Motion to Dismiss*, and Plaintiff's failure to file a second amended complaint as instructed in the Court's August 16, 2011 Order and Reasons

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above referenced matter be dismissed with prejudice in compliance with this Court's August 16, 2011 Order and Reasons (Rec. Doc. 51).

New Orleans, Louisiana, this 22nd day of November 2011.

_____
JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE